IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BRENDAN DAILEY,<br><br>Defendants. | CR-22-22-GF-BMM<br><br>ORDER |

Defendant John Brendan Dailey will be released from the custody of the Cascade County Detention Center on November 15, 2022, subject to the release conditions that will be filed by further order.  Mr. Dailey will report to the United States Probation Office at the Missouri River Federal Courthouse, Great Falls, MT, immediately after his release to sign the order setting conditions of release.

DATED this 14th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court